IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-152-H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| QUINCY ANDRE JONES | |

Before the court is Defendant's motion to file docket entry number 66 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in defendant's motion, the court finds good cause exists.

Accordingly, the motion is ALLOWED and docket entry number 66 shall be filed under seal.

SO ORDERED.

This the 7th day of June 2017.

Malcolm J. Howard
Senior United States District Judge