THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-152-H

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| QUINCY ANDRE JONES | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 69 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 12th day of June 2017.

Malcolm J. Howard
Senior United States District Judge

1