QUINCY ANDRE JONES,                )
                                   )
                Petitioner,        )
                                   )
        v.                         )                    ORDER
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                Respondent.        )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.


SO ORDERED.  This 6th day of February 2020.


_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE