IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-152-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUINCY ANDRE JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On July 15, 2025, Quincy Andre Jones ("Jones" or "defendant") filed his third motion for compassionate release [D.E. 171]. He alleges that the court should release him because of his obesity, high blood pressure, and diabetes. See id. at 1. He also claims that he has end-stage renal failure and has engaged in extraordinary rehabilitative efforts. See id. at 3. Jones submitted no evidence to support his claims. See id.

On March 2, 2026, the United States responded in opposition and argued correctly that Jones submitted no evidence in support of his claims, that Jones's alleged obesity, high blood pressure, and diabetes do not amount to extraordinary and compelling reasons for compassionate release, that Jones presented no evidence of end-stage renal failure, that Jones has not shown sufficient rehabilitation, and that the factors under 18 U.S.C. § 3553(a) do not support compassionate release. See [D.E. 176].

The court is very familiar with Jones's case. See [D.E. 136, 151, 161]. Once again, Jones has failed to establish that he meets the conditions for compassionate release. See [D.E. 176] 7–12.

Moreover, and in any event, the section 3553(a) factors do not warrant compassionate release. See [D.E. 136, 151, 161]; see also [D.E. 176] 13–14.

In sum, the court DENIES defendant's motion for compassionate release [D.E. 171].

SO ORDERED. This 6 day of March, 2026.

JAMES C. DEVER III
United States District Judge

2