UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-152-D-1

UNITED STATES OF AMERICA

v.

QUINCY ANDRE JONES

ORDER TO SEAL

On motion of the Defendant, Quincy Andre Jones, and for good cause shown, it is hereby

ORDERED that **DE 177** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __13__ day of March, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE